UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-*101-TJC-MCR*
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)

BRITTANY KAREN FIRTH
a/k/a user "xo.southpaw.ox"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

During the period from on or about May 17, 2024, through on or about

~~a through on or about~~ September 11, 2024, in the Middle District of Florida, and in the

District of Utah, the defendant,

BRITTANY KAREN FIRTH,
a/k/a user "xo.southpaw.ox,"

did employ, use, persuade, induce, entice, and coerce a minor, attempt to employ,

use, persuade, induce, entice, and coerce a minor, and aid and abet in the

employment, use, persuasion, inducement, enticement, and coercion of a minor, that

is, Minor Victim 1, to engage in any sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, knowing and having reason to know

that such visual depictions would be transported and transmitted using facilities of

interstate commerce, that is, by cellular telephone and computer via the Internet.

In violation of 18 U.S.C. § 2251(a) and (e), and 18 U.S.C. § 2.

## COUNT TWO

On or about June 6, 2024, in the Middle District of Florida, and the District of Utah, the defendant,

BRITTANY KAREN FIRTH,
a/k/a user "xo.southpaw.ox,"

did knowingly distribute a visual depiction using a means and facility of interstate commerce, that is, by computer via the Internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE

On or about August 1, 2024, in the Middle District of Florida, the defendant,

BRITTANY KAREN FIRTH,
a/k/a user "xo.southpaw.ox,"

did knowingly receive visual depictions using a means and facility of interstate commerce, that is, by computer via the Internet, when the production of the visual depictions each involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1.      The allegations contained in Counts One through Three of this

Indictment are incorporated by reference for the purpose of alleging forfeiture,

pursuant to the provisions of 18 U.S.C. § 2253.

2.      Upon conviction of a violation of 18 U.S.C. §§ 2251(a)

and/or 2252(a)(2), the defendant shall forfeit to the United States, pursuant to 18

U.S.C. § 2253:

        a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or

2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any

book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped, or received in

violation of Chapter 110:

        b.      Any property, real or personal, constituting or traceable to gross

profits or other proceeds obtained from such offense; and

        c.      Any property, real or personal, used or intended to be used to

commit or to promote the commission of such offense or any property traceable to

such property.

3.      The property to be forfeited includes, but is not limited to, a Dell

Inspiron laptop computer and a Google Pixel 6 cellular telephone, which was seized

from the defendant on or about February 13, 2025.

3

4.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By:    _____
D. RODNEY BROWN
Assistant United States Attorney

By:    _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

FORM OBD-34
5/6/25 Revised                                        No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## BRITTANY KAREN FIRTH
a/k/a user "xo.southpaw.ox"

## INDICTMENT

| Violations: | Ct. 1: | 18 U.S.C. §§ 2251(a) and (e) and 2 |
| | Ct. 2: | 18 U.S.C. § 2252(a)(2) and (b)(1) |
| | Ct. 3: | 18 U.S.C. § 2252(a)(2) and (b)(1) |

A true bill,

_____

Filed in open court this _____ day

of May, 2025.

_____
Clerk

Bail    $_____

GPO 863 525